UNITED STATES DISTRICT COURT

THE DISTRICT OF NEW JERSEY

---

FREDERICK M. WEINBERG, JANICE T. NINI

Plaintiffs,

Civil Action No. 16-cv-04913 –AET

Vs.

Thompson, U.S.D.J.

**NOTICE OF APPEAL TO THE**

**U.S. COURT OF APPEALS**

**FOR THE THIRD CIRCUIT**

SCOTT E. KAPLAN, LLC

Defendant,

---

Notice is hereby given that Frederick M. Weinberg and Janice T. Nini appeal to the United States Court of Appeals for the Third Circuit from a final judgment entered in this action on October 21, 2016.

Dated: November 17, 2016.

Peter A. Ouda, LLC

Attorney for Frederick M Weinberg and Janice M Nini

19 North Bridge St. Somerville, NJ 08876

peteroudalaw@aol.com

908 927-9909

# PROOF OF SERVICE

Peter A. Ouda, Esq, being of full age hereby certify to the following:

On November 17, 2016 I served the court and the adversary via electronic filing and also served my adversary William Wright, Esq. via email at his email address at Capehart & Scatchard

I hereby certify that the statements are true and if they are willfully false, then I am subject to punishment .

Peter A. Ouda